FILED

OCT 21 2015

DAVID CREWS, CLERK
BY_____
                    Deputy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                                    CRIMINAL CASE NO. 3:15CR 127

KIMBERLY S. JOHNSON

## INDICTMENT

The Grand Jury charges that:

### Counts One – Eighty-Six

From on or about January 14, 2015, through on or about February 8, 2015, in the Northern District of Mississippi, KIMBERLY S. JOHNSON, defendant, having devised a scheme and artifice to defraud and for obtaining money by means of false and fraudulent pretenses, representations and promises, that is KIMBERLY S. JOHNSON, defendant, did devise a scheme and artifice to defraud and to obtain money from ExxonMobil and Libscomb Oil by executing fraudulent crediting transactions, to credit and debit cards controlled by KIMBERLY JOHNSON, from ExxonMobil at a point of sale terminal at the Tiger Mart gas station in Horn Lake, Mississippi.

At all times from on or about January 14, 2015, through on or about February 8, 2015 KIMBERLY S. JOHNSON operated a Tiger Mart gas station in Horn Lake, Mississippi.

At all times from on or about January 14, 2015, through on or about February 8, 2015 KIMBERLY S. JOHNSON had access to a point of sale terminal at the Tiger Mart gas station in Horn Lake, Mississippi which allowed her to debit customers' credit and debit cards for purchases made by customers and credit customers' credit and debit cards for refunds or other transactions requiring the transfer of funds to customers of the Tiger Mart gas station.

It was a part of the scheme and artifice to defraud that KIMBERLY S. JOHNSON would and did engage in fraudulent financial transactions at a point of sale terminal at the Tiger Mart gas station in Horn Lake, Mississippi, crediting credit and debit cards controlled by KIMBERLY S. JOHNSON with funds from ExxonMobil.

It was a further part of the scheme and artifice to defraud that KIMBERLY S. JOHNSON would then deposit the funds into bank accounts controlled by KIMBERLY S. JOHNSON or cash checks to herself or to her son to obtain the money fraudulently obtained from ExxonMobil.

To execute the scheme and artifice to defraud, KIMBERLY S. JOHNSON did transmit and cause to be transmitted by wire transmission, in interstate commerce signs, signals, and sounds, the following transmissions to cause the following amounts of money to be credited to the following credit and debit cards:

| Ct. | Card | Date | Amount |
| --- | --- | --- | --- |
| 1 | 5275200004551902 | 1/14/2015 | $740 |
| 2 | 5275200004551902 | 1/14/2015 | $600 |
| 3 | 5275200004551902 | 1/15/2015 | $400 |
| 4 | 5275200004551902 | 1/16/2015 | $472 |
| 5 | 5275200004551902 | 1/16/2015 | $1,689 |
| 6 | 5275200004551902 | 1/19/2015 | $2,000 |
| 7 | 5275200004551902 | 1/25/2015 | $1,500 |
| 8 | 5275200004551902 | 1/29/2015 | $300 |
| 9 | 5275200004551902 | 1/29/2015 | $689 |
| 10 | 5275200004551902 | 1/31/2015 | $429 |
| 11 | 5275200004551902 | 2/6/2015 | $2,500 |
| 12 | 5275200004551902 | 2/6/2015 | $5,000 |
| 13 | 5275200004551902 | 2/6/2015 | $2,500 |
| 14 | 4741652000076053 | 2/6/2015 | $5,000 |
| 15 | 4741652000076053 | 2/6/2015 | $5,000 |
| 16 | 4741652000076053 | 2/6/2015 | $5,000 |
| 17 | 4741652000076053 | 2/6/2015 | $5,000 |
| 18 | 4741652000076053 | 2/6/2015 | $5,000 |
| 19 | 4741652000076053 | 2/6/2015 | $5,000 |
| 20 | 4741652000076053 | 2/6/2015 | $5,000 |

| | | | |
|---|---|---|---|
| 21 | 4741652000076053 | 2/6/2015 | $5,000 |
| 22 | 4741652000076053 | 2/6/2015 | $5,000 |
| 23 | 4741652000076053 | 2/6/2015 | $5,000 |
| 24 | 4741652000076053 | 2/6/2015 | $5,000 |
| 25 | 4741652000076053 | 2/6/2015 | $5,000 |
| 26 | 4741652000076053 | 2/6/2015 | $5,000 |
| 27 | 4741652000076053 | 2/6/2015 | $5,000 |
| 28 | 4741652000076053 | 2/6/2015 | $5,000 |
| 29 | 4741652000076053 | 2/6/2015 | $2,500 |
| 30 | 4741652000076053 | 2/6/2015 | $7,500 |
| 31 | 4741652000076053 | 2/7/2015 | $7,500 |
| 32 | 4741652000076053 | 2/7/2015 | $7,500 |
| 33 | 4741652000076053 | 2/7/2015 | $7,500 |
| 34 | 4741652000076053 | 2/7/2015 | $7,500 |
| 36 | 4741652000076053 | 2/7/2015 | $7,500 |
| 37 | 4741652000076053 | 2/7/2015 | $7,500 |
| 38 | 4741652000076053 | 2/7/2015 | $7,500 |
| 39 | 4741652000076053 | 2/7/2015 | $7,500 |
| 40 | 4741652000076053 | 2/7/2015 | $7,500 |
| 41 | 4741652000076053 | 2/7/2015 | $7,500 |
| 42 | 4741652000076053 | 2/7/2015 | $7,500 |
| 43 | 4741652000076053 | 2/8/2015 | $7,500 |
| 44 | 4741652000076053 | 2/8/2015 | $7,500 |
| 45 | 4741652000076053 | 2/8/2015 | $7,500 |
| 46 | 4741652000076053 | 2/8/2015 | $7,500 |
| 48 | 4741652000076053 | 2/8/2015 | $7,500 |
| 49 | 4741652000076053 | 2/8/2015 | $7,500 |
| 50 | 4741652000076053 | 2/8/2015 | $7,500 |
| 51 | 4741652000076053 | 2/8/2015 | $7,500 |
| 52 | 4741652000076053 | 2/8/2015 | $7,500 |
| 53 | 4741652000076053 | 2/8/2015 | $7,500 |
| 54 | 4741652000076053 | 2/8/2015 | $7,500 |
| 55 | 4741652000076053 | 2/8/2015 | $7,500 |
| 56 | 4741652000076053 | 2/8/2015 | $7,500 |
| 57 | 4741652000076053 | 2/8/2015 | $7,500 |
| 58 | 4767080007372714 | 1/27/2015 | $2,500 |
| 59 | 4767080007372714 | 1/27/2015 | $2,500 |
| 60 | 4767080007372714 | 2/3/2015 | $2,500 |
| 61 | 4767080007372714 | 2/3/2015 | $2,500 |
| 62 | 4767080007372714 | 2/3/2015 | $2,500 |

| | | | |
|---|---|---|---|
| 63 | 4767080007372714 | 2/3/2015 | $2,500 |
| 64 | 4767080007372714 | 2/6/2015 | $5,000 |
| 65 | 4767080007372714 | 2/6/2015 | $5,000 |
| 66 | 4767080007372714 | 2/6/2015 | $5,000 |
| 67 | 4767080007372714 | 2/6/2015 | $5,000 |
| 68 | 4767080007372714 | 2/6/2015 | $5,000 |
| 69 | 4767080007372714 | 2/6/2015 | $5,000 |
| 70 | 4767080007372714 | 2/6/2015 | $5,000 |
| 71 | 4767080007372714 | 2/6/2015 | $5,000 |
| 72 | 4767080007372714 | 2/6/2015 | $5,000 |
| 73 | 4767080007372714 | 2/6/2015 | $5,000 |
| 74 | 4767080007372714 | 2/6/2015 | $5,000 |
| 75 | 4767080007372714 | 2/6/2015 | $5,000 |
| 76 | 4767080007372714 | 2/6/2015 | $5,000 |
| 77 | 4767080007372714 | 2/8/2015 | $7,500 |
| 78 | 4767080007372714 | 2/8/2015 | $7,500 |
| 79 | 4767080007372714 | 2/8/2015 | $7,500 |
| 80 | 4767080007372714 | 2/8/2015 | $7,500 |
| 81 | 4767080007372714 | 2/8/2015 | $7,500 |
| 82 | 4767080007372714 | 2/8/2015 | $7,500 |
| 83 | 4767080007372714 | 2/8/2015 | $7,500 |
| 84 | 4767080007372714 | 2/8/2015 | $7,500 |
| 85 | 4767080007372714 | 2/8/2015 | $7,500 |
| 86 | 4767080007372714 | 2/8/2015 | $7,500 |

All above described transmissions being violations of Title 18, United States Code, Section 1343.

**A TRUE BILL**

*/s/ Signature Redacted*
**FOREPERSON**

*Felicia C. Adams*
**UNITED STATES ATTORNEY**